AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  6  8  07
BY   DM

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
LEMON HARVEY, III
(Defendant's Name)

### JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 03-50102-01

USM Number: 11967-035

Betty L. Marak
Defendant's Attorney

**THE DEFENDANT:**

[✓]   admitted guilt to the allegations listed in the Petition for Warrant filed by the Probation Officer on May 7, 2007. The Court finds that in accordance with the Sentencing Commission Guidelines Manual, the defendant has committed a Grade B violation of his supervised release. Accordingly, the three-year term of supervised release ordered on March 11, 2004 is hereby revoked.

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

May 31, 2007
Date of Imposition of Sentence

_Signature of Judicial Officer_

S. MAURICE HICKS, JR., United States District Judge
Name & Title of Judicial Officer

6/8/07
Date

AO245B  Judgement in a Criminal Case (Rev. 06/05)
Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT: LEMON HARVEY, III
CASE NUMBER: 03-50102-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___  [ ] a.m.  [ ] p.m.  on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL